

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 27 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  )
    Kathleen Shafer  )
  )  Bankruptcy Case No: 10-49646
  )
    Debtor(s).  )
  )

TO: Ms. Shafer

**THIS IS IN RESPONSE TO THE DOCUMENT/LETTER YOU RECENTLY FILED (COPY ATTACHED):**

☐ It appears that the enclosed document does not relate to a case within the Eastern District of California Bankruptcy Court. Please verify debtor's name and case number and submit to the correct court. For your convenience, a *List of Courts within California* is enclosed.

☑ Your check # 1007 in the amount of $ 150.00 is being returned to you as the court does not accept personal checks. Please resubmit your payment in the form of a cashier's check or money order made out to the U.S. Bankruptcy Court. For your own protection, do not send cash through the mail.

☐ We are returning your financial documents for you to send to your trustee at the following address:

☐ Your check # _____ in the amount of $ _____ is being returned to you as the court does not accept payments on behalf of the Chapter 13 Trustee. Please submit the payment directly to the Chapter 13 Trustee at the following address:

☐ Other:

☐ The document that you filed appears to be amending the petition. The change you are attempting to make cannot be done by filing the attached document. We have accepted your document for filing but will take no action on it.

☐ We are returning the _____, as it is unclear what you are attempting to file. If you wish to file a proof of claim, please resubmit with the appropriate form, which is enclosed for your convenience.

**PLEASE SEE SECOND PAGE OF THIS DOCUMENT FOR ADDITIONAL INFORMATION.**

EDC.002-130 (Page 1) (Rev. 9/09)

☐ The court's forms package can be obtained from our website at www.caeb.uscouts.gov free of charge. You may also purchase the forms package for $3.00 at the Clerk's office. Payment may be made in the form of cash (exact change required), money order or cashier's check. For your protection, do not send cash through the mail.

☐ We are unable to provide you with copies without the payment of search, photocopy and/or certification fees. Please see fee schedule below or alternatively you can view cases electronically through a PACER account, which is available on our web site at www.caeb.uscourts.gov. The court does not accept personal checks for payment of fees. We accept business checks, cashier's checks or money orders. For your protection, do not send cash through the mail.

| | | | | |
|---|---|---|---|---|
| Search of Records: | $26.00 per name/item | x _____ | = | $ 0.00 |
| Photocopy Fee: | $.50 per page | x _____ | = | $ 0.00 |
| Certification Fee: | $9.00 per document | x _____ | = | $ 0.00 |
| | | TOTAL | | $ 0.00 |

☐ The above-entitled case was closed on _____. Before the attached document(s) will be processed, you must submit a Motion to Reopen Case and payment of a filing fee may be required. See www.caeb.uscourts.gov and select *Filing and Fee Information*. Additionally, for cases filed in the Sacramento/Modesto office, a Notice of Hearing with the date and time filled in setting the matter in the appropriate department may also be required. See www.caeb.uscourts.gov and select *Court Calendars*.

☐ The information you requested would require the rendering of legal advice, something the court, by law, cannot do. In order for your question to be answered, it will be necessary for you to seek the advice of competent legal counsel.

☐ The case file has been closed and sent to the Federal Records Center in San Bruno, California for storage. Therefore, the information that you requested must be obtained directly from the Federal Records Center. Enclosed please find information on how to request copies of records from the Federal Records Center.

ALL NEGOTIABLE INSTRUMENTS MUST BE MADE PAYABLE TO THE CLERK OF THE U.S. BANKRUPTCY COURT. MONEY ORDERS AND CASHIER'S CHECKS ARE ACCEPTED FROM THIRD PARTIES AND ARE ACCEPTABLE FOR PAYMENT OF ALL FEES AND SERVICES. CHECKS FOR FILING FEE PAYMENTS, OTHER THAN CASHIER'S CHECKS, MUST BE DRAWN ON THE TRUST ACCOUNT OF THE DEBTOR'S ATTORNEY. CHECKS FOR ALL OTHER FEES AND SERVICES MUST BE BUSINESS CHECKS OR CASHIER'S CHECKS. **NO PERSONAL CHECKS!** FOR YOUR OWN PROTECTION, **DO NOT SEND CASH THROUGH THE MAIL**.

DATED: 12/27/2010

By: Megan Graham
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC.002-130 (Page 2) (Rev. 9/09)